UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN ANDERSON,<br><br>                               Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>                              Defendants. | Case No.:  15cv1413 JLS (JMA)<br><br>**ORDER SCHEDULING MANDATORY SETTLEMENT CONFERENCE** |

     A Mandatory Settlement Conference will be held in the chambers of Magistrate Judge Jan M. Adler on **December 21, 2016** at **2:00 p.m.**, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California.

     All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference</u>.  The individual(s) present at the Settlement Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to:  1) fully explore all settlement options and to agree during the conference to any settlement terms acceptable to the party (*G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of a party during the course of the conference (*Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3)

negotiate a settlement without being restricted by any predetermined level of authority (*Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).

**Appearance by litigation counsel only is not acceptable.**

The failure of any counsel, party or authorized person to appear at the Mandatory Settlement Conference as required shall be cause for the immediate imposition of sanctions. All conference discussions will be informal, off the record, privileged, and confidential.

**IT IS SO ORDERED**.

Dated: December 1, 2016

Honorable Jan M. Adler
United States Magistrate Judge